In the Matter of PINE STREET REALTY COMPANY, INC., against NIK COUTROULAS, Appellant.

(Submitted February 8, 1932; decided February 16, 1932.)

*Alfred Ekelman* for motion.

*Joseph M. Proskauer* and *J. Alvin Van Bergh* opposed.

*Per Curiam.* The case is not one where an appeal lies as of right. (*Markiewicz* v. *Thompson,* 246 N. Y. 235; Civ. Prac. Act, §§ 1463, 1464.)

Upon the merits the application for leave to appeal, and the application to dispense with the printing of the record should be denied, with ten dollars costs and necessary printing disbursements.